1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| BMW OF NORTH AMERICA, LLC, et al. | Case No.:  2:21-cv-03061-CBM(JEMx) |
|---|---|
| Plaintiff, v. PHOENIX WHEEL & TIRE, LLC, et al. Defendants. | **JUDGMENT   [JS-6]** |

Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Preliminary Injunction, judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of BMW of North America, LLC and against Defendants Phoenix Wheel & Tire LLC in the amount of $320,360 in damages and $10,007.20 in attorney's fees against Defendants.

DATED:  March 1, 2022.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC: FISCAL

1